UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JONATHAN OBRIAN          :
                                                      CIVIL ACTION NO. 3:23-0795
        Petitioner          :

                                                :          (JUDGE MANNION)

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Obrian's petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2254 is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to provide Petitioner with two (2) copies of this Court's state habeas corpus form.

3. The Clerk of Court is directed to **CLOSE** the above captioned case.

4. There is no basis for the issuance of a certificate of appealability.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 16, 2023**
23-0795-01-Order